152 So.2d 696

**Herbert DOTSON**

v.

**STATE.**

**8 Div. 887.**

Court of Appeals of Alabama.

April 23, 1963.

84

152 So.2d 696

Gale George **FULLER**

v.

**STATE.**

**6 Div. 945.**

Court of Appeals of Alabama.

April 23, 1963.

CATES, Judge.

This is an appeal from a judgment finding Dotson guilty of taking, etc., "game or non game [sic] gish [sic] in the public fresh waters * * * by the use of a hoop," etc.

The trial judge fined Dotson $50.00 and also added three months in the county jail.

No demurrer was filed below (see Smith v. State, 40 Ala.App. 208, 110 So.2d 340); no transcript of evidence is in the record before us.

We have reviewed the record under Code 1940, T. 15, § 389. Since no provision for imprisonment appears in T. 8, § 66, as amended, we must remand for proper sentence.

Affirmed but remanded for proper sentencing.